■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS WHYSONG, Appellant.—Judgment unanimously affirmed. Memorandum: We agree with County Court that the evidence at the reconstruction hearing shows that defendant was competent to stand trial. We reject defendant's contention that the reconstruction hearing concerning defendant's competency to stand trial should not have been held before the Trial Judge (cf., People v Hudson, 19 NY2d 137, cert denied 398 US 944). Inasmuch as we remitted the action for a reconstruction hearing solely because of a defect in the written report of one of the examining psychiatrists, there was little likelihood that the Trial Judge would be called upon to testify at the hearing. There was no showing of any prejudice to defendant, particularly because the psychiatrist who testified on his behalf at the trial testified at the reconstruction hearing that defendant was competent to stand trial. (Resubmission of Appeal from Judgment of Niagara County Court, Hannigan, J.—Attempted Murder, 1st Degree.) Present—Denman, P. J., Callahan, Boomer, Balio and Davis, JJ.

■ In the Matter of ERIC F., a Person Alleged to be in Need of Supervision.—Order unanimously affirmed without costs. Memorandum: The record reveals that Family Court properly considered all reasonable dispositional alternatives (see, Family Ct Act § 754) and that respondent's placement was "the least restrictive custodial disposition consistent with the child's requirements for treatment and/or supervision" (Matter of Sandra XX., 169 AD2d 992, 993-994; see also, Matter of Peter VV., 169 AD2d 995, 996). (Appeal from Order of Erie County Family Court, Townsend, J.—Person In Need of Supervision.) Present—Denman, P. J., Callahan, Boomer, Balio and Davis, JJ.

■ In the Matter of JUSTIN A. J., a Person Alleged to be a Juvenile Delinquent.—Order unanimously affirmed without costs (see, Matter of Eric F., 187 AD2d 1037 [decided herewith]). (Appeal from Order of Erie County Family Court, Honan, J.— Juvenile Delinquency.) Present—Denman, P. J., Callahan, Boomer, Balio and Davis, JJ.